# EXHIBIT A

To;Honorable Judge of the fedral court

Dear, Judge

My name is Frankie Lopez, Steven Lopez youngest brother.
I currently study realstate in the city of Waterbury, CT.
I am writing this letter of support for my brother.
Steven is a hard worker ,loving father of three beautiful kids
That miss him so much.
The trasgression of the violation of probation should not be the only
factor you look atin this case.
My has a produtice future a head of him as a barber and furture
owner of Moblie Baber to better his future as well as the community
he reside well, that he be granted probation or a redued sentence or
a period of probation. Im am prepared a long  with the family to give
a place to stay  and the support he needs to ensure he does not reture
to negative life style or prison.
 Judge, I am respectfully Frankie Lopez mercy of this court when my
brother Steven Lopez is sentenced I pray that you will give heartfelt
consideration in making that decision and that you will take in
consideration all the good. And be given a second chance.


 Thank you in advance for your time and for your
consideration

Respectfully Submitted
 Frankie Lopez