LF 245D  (11/2016) Judgment in a Criminal Case for Revocations
    Sheet 1

# UNITED STATES DISTRICT COURT

## District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: 0205 3:09CR00154-001 |
| Steven Michael Lopez | USM Number: 15934-014 |
| | Ross Thomas |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilty to violation of condition(s) Mandatory #1 _____ of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not commit another federal, state or local offense | 06/18/2017 |

Check this box if you require additional space for more violation(s). [ ]

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 2623 | June 7, 2018 |
| | Date of Imposition of Sentence |
| Defendant's Date of Birth: 1980 | /s/Stefan R. Underhill |
| Defendant's Residence Address: | Signature of Judge |
| 138 Hillcrest Avenue | Honorable Stefan R. Underhill |
| Waterbury, CT  06705 | U.S. District Judge |
| | Name and Title of Judge |
| | June 20, 2018 |
| | Date |

LF 245D   (Rev. 11/2016) Judgment in a Criminal Case for Revocations
         Sheet 2 -- Imprisonment

DEFENDANT:        Steven Michael Lopez
CASE NUMBER:      0205 3:09CR00154-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

One year imprisonment consecutive to the State of Connecticut sentence imposed in State Docket #: U04W-CR17-0445613-S. No supervised release was imposed.

*Check this box if you require additional space for imprisonment terms.* ☐

☐     The court makes the following recommendations to the Bureau of Prisons:

☑     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

        ☐     at                    on

        ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

        ☐     before 2 p.m. on

        ☐     as notified by the United States Marshal.

        ☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

_____
                                    DEPUTY UNITED STATES MARSHAL