# MANDATE

D. Conn.
09-cr-154
Underhill, C.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand nineteen.

Present:

José A. Cabranes,
Peter W. Hall,
    *Circuit Judges,*
Timothy Stanceu,∗
    *Judge.*

_____

United States of America,

       *Appellee*,

    v.                                                            18-1894

Steven Lopez,

       *Defendant-Appellant.*

_____

The Government moves, with Appellant's support, for a remand to the district court for additional sentencing proceedings. The Government argues that the district court incorrectly calculated Appellant's guidelines range. *See* U.S. Sentencing Guidelines Manual §§ 4B1.2, 7B1.1. Upon due consideration, it is hereby ORDERED that the motion is GRANTED, and the matter is REMANDED. On remand, the district court should advise whether, starting with the correct guidelines range of 18 to 24 months' incarceration, it would have imposed the same sentence. If the district court would have imposed a different sentence, it should resentence Appellant accordingly. *See Molina-Martinez v. United States*, 136 S. Ct. 1338, 1348–49 (2016); *cf. United States v. Crosby*, 397 F.3d 103, 117 (2d Cir. 2005). If either party wishes to challenge the district court's decision or amended judgment after remand, that party must file a new notice of appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit





_____

∗ Chief Judge Timothy Stanceu, of the United States Court of International Trade, sitting by designation.

# MANDATE ISSUED ON 06/06/2019