**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

UNITED STATES

     v.

STEVEN LOPEZ

No. 3:09-cr-154 (SRU)

### <u>RESPONSE TO REMAND</u>

On May 16, 2019, the Second Circuit Court of Appeals remanded this case for additional sentencing proceedings.  Specifically, the court directed that: "On remand, the district court should advise whether, starting with the correct guideline range of 18 to 24 months' incarceration, it would have imposed the same sentence."

The answer to that inquiry is "yes."  As I noted during the sentencing on the supervised release violation, "the factor that most concerns me here is deterrence . . . . [F]rankly, you need to serve a little time so that you're reminded that when . . . you fall back to those old ways, it's going to be something you have to deal with."  Tr. (June 7, 2018) at 19.  Moreover, the commission of a state felony while on supervised release, by a defendant with four prior felony convictions, calls for a fairly significant penalty; a concurrent sentence would not have achieved that result.

The sentence imposed on Mr. Lopez was a non-guidelines sentence, below both potential guideline ranges.  "I think that that sentence is the lowest sentence that I think is consistent with the appropriate factors in sentencing this matter today." *Id*. at 20.  The guidelines did not factor significantly in my sentencing decision.  Indeed, revocation guidelines have not been issued by the Sentencing Commission; chapter seven of the Guidelines Manual includes only policy statements regarding revocations.  *See* Sent. Guidelines Manual Ch. 7, pt. A1. & pt. A3. ("After

an adequate period of evaluation, the Commission intends to promulgate revocation guidelines.").  I did not find those policy statements helpful in deciding how to sentence Mr. Lopez.

Because the sentence I imposed on Mr. Lopez was sufficient, but not greater than necessary, to serve the purposes of sentencing, I would not have imposed a different sentence regardless of which guidelines policy statement applied.

Dated at Bridgeport, Connecticut, this 15th day of July 2019.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge